*Albert Zakarian, Daniel A. Schwartz* and *Meredith G. Diette,* in support of the petition.

Decided December 4, 2002

## COMMISSIONER OF LABOR *v.* C.J.M. SERVICES, INC., ET AL.

The Supreme Court docket number is SC 16880.

*Steven B. Kaplan,* in support of the petition.

*Judith A. Brown,* assistant attorney general, in opposition.

Decided December 4, 2002

## CHESTER LISIEWSKI *v.* JOHN A. SEIDEL ET AL.

*Beth A. Steele,* in support of the petition.